No. 896. THE UNITED STATES EX REL. ANNIE KELLEY, PETITIONER, v. J. M. PETERS, SHERIFF, ETC. May 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. Mr. H. Winship Wheatley for the petitioner. Mr. William M. Acton for the respondent.

---

No. 898. THE SOUTHERN PACIFIC COMPANY, PETITIONER, v. VISCOUNT DE VALLE DA COSTA, ADMINISTRATOR, ETC. May 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. Mr. Moses Williams and Mr. William D. Turner for the petitioner. No appearance for the respondent.

---

No. 924. UNITED SURETY COMPANY OF BALTIMORE, PETITIONER, v. IOWA MANUFACTURING COMPANY ET AL. May 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. Mr. Joseph H. Zumbalen for the petitioner. Mr. Herbert R. Marlatt for the respondents.

---

No. 927. WILLIAM W. WILMERTON, PETITIONER, v. FRANK WILMERTON ET AL. May 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. Mr. James M. Spear for the petitioner. Mr. S. S. Gregory and Mr. C. H. Poppenhusen for the respondents.

---

No. 928. F. MORSE ARCHER, SUBSTITUTED RECEIVER, ETC., PETITIONER, v. FIDELITY TRUST & SAFE DEPOSIT